UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KENNETH GRAU,

        Plaintiff,

  -against-                                  6:04-CV-148
                                                  (LEK/DRH)

JO ANNE B. BARNHART, in her Official
Capacity as Commissioner of the Social
Security Administration,

        Defendant.

## **DECISION AND ORDER**

        This matter comes before the Court following a Report-Recommendation filed on November 4, 2005 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff, which were filed on November 22, 2005.

        It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

        Accordingly, it is hereby

1

ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

ORDERED, that the Administrative Law Judge's decision denying disability benefits be **AFFIRMED**, and Grau's motion for a finding of disability be **DENIED**; and it is further

ORDERED, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:     February 07, 2006
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge